UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TORI R. MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No. 1:24-cv-01655-JMS-MG |
| ANDERSON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tori R. Morgan and Defendant Anderson University, Inc., by their respective counsel, respectfully file this joint stipulation of dismissal, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party bearing their own fees and costs.

Respectfully submitted,

*Amy Steketee Fox*
Amy Steketee Fox (25112-53)
Church Church Hittle + Antrim
203 W. Wayne Street, Suite 402
Fort Wayne, IN  46802
(260) 399-9490
afox@cchalaw.com
Attorney for Defendant

*Caroline M. Wood*
Caroline M. Wood (38168-49)
Church Church Hittle + Antrim
Two North Ninth Street
Noblesville, IN  46060
(317) 773-2190
cwood@cchalaw.com
Attorney for Defendant

*Robert P. Kondras, Jr.*
Robert P. Kondras, Jr. (18038-84)
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN  47807
(812) 232-9691
kondras@hkmlawfirm.com
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

*Amy Steketee Fox*
Amy Steketee Fox (25112-53)
Church Church Hittle + Antrim
203 W. Wayne Street, Suite 402
Fort Wayne, IN  46802
(260) 399-9490
afox@cchalaw.com
Attorney for Defendant

*Robert P. Kondras, Jr.*
Robert P. Kondras, Jr. (18038-84)
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN  47807
(812) 232-9691
kondras@hkmlawfirm.com
Attorney for Plaintiff

*Caroline M. Wood*
Caroline M. Wood (38168-49)
Church Church Hittle + Antrim
Two North Ninth Street
Noblesville, IN  46060
(317) 773-2190
cwood@cchalaw.com
Attorney for Defendant

*Amy Steketee Fox*
Amy Steketee Fox #25112-53